| | | | | |
|---|---|---|---|---|
| Johnson v. State | 49A02–1612–CR–2821 | 07/27/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Mullins v. Maas | 44A03–1611–MI–2631 | 07/27/2017 | BRADFORD, J.<br>MAY, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| White v. State | 20A04–1610–PC–2490 | 07/27/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Peetz v. State | 03A01–1701–CR–237 | 07/27/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Homoky v. City of Hobart | 45A03–1609–MI–2052 | 07/28/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Hughes v. Hughes | 67A01–1612–DR–2753 | 07/28/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Dismissed<br>Concurs<br>Concurs |
| Cottey v. State | 20A03–1701–CR–148 | 07/28/2017 | SHARPNACK, Sr.J.<br>PYLE, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Dissents without opinion |
| B.D., In re | 49A04–1701–JC–2 | 07/28/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Beetz v. Bryant | 41A04–1612–PL–2755 | 07/28/2017 | SHEPARD, Sr.J.<br>RILEY, J.<br>CRONE, J. | Reversed and remanded<br>Concurs<br>Concurs |
| Conley v. Conley | 16A05–1701–DR–81 | 07/28/2017 | SHEPARD, Sr.J.<br>VAIDIK, C.J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Craig v. State | 49A02–1611–CR–2488 | 07/28/2017 | VAIDIK, C.J.<br><br>BROWN, J.<br>PYLE, J. | Affirmed in part and remanded in part<br>Concurs<br>Concurs |